**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7749**

_____

In Re: JAMES D. LYONS,

Petitioner.

_____

On Petition for Writ of Mandamus.  (CA-02-467-5-F3)

_____

Submitted:  February 14, 2003        Decided:  March 12, 2003

_____

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

James D. Lyons, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James D. Lyons has filed a petition for a writ of mandamus, asking this court to direct the district court to rule on his Motion to Expedite Service of Complaint and Injunction and further proceed with his action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), based on undue delay. Lyons's action has been pending in the district court since July 2002. We find that mandamus relief is not warranted because there has been no undue delay. Accordingly, although we grant leave to proceed in forma pauperis, we deny Lyons's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>